No. 921, Misc.  BROWN *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 956, Misc.  BROWN *v.* TAYLOR, WARDEN.  C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 958, Misc.  YOUNG *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 969, Misc.  GARCIA *v.* UTAH.  Supreme Court of Utah and District Court of Third Judicial District of Utah.  Certiorari denied.  *Phil L. Hansen* for petitioner.

No. 973, Misc.  WASHINGTON *v.* HAGAN, WARDEN.  C. A. 3d Cir.  Certiorari denied.  *Michael von Moschzisker* for petitioner.  *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 985, Misc.  DANIEL *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 999, Misc.  CHRISTIAN *v.* UNITED STATES.  Court of Claims.  Certiorari denied.  Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.  Reported below: —— Ct. Cl. ——, —— F. 2d ——.